IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| FRANKLIN L. CONNER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 4:14-CV-00790-ODS |
| | ) |
| STATE FARM FIRE AND CASUALTY COMPANY | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

Pursuant to the ECF Procedures Manual, Plaintiff hereby certifies that my original signature was placed on **Plaintiff's Expert Disclosures Pursuant to Rule 26(a)(2)**.

I hereby certify that a copy of the foregoing was sent via first class mail, postage pre-paid, this 22 day of January, 2015, to: Dale L. Beckerman, (dlb@deacylaw.com), Scott M. Harris, (smh@deacylaw.com), Deacy & Deacy, LLP, 920 Main Street, Suite 1900, Kansas City, MO 64105-2010, Attorneys for Defendant.

Respectfully submitted,

THE HORN LAW FIRM, P.C.

/s/ Laurie Del Percio
LAURIE DEL PERCIO (MO #48458)
DOUGLAS R. HORN (MO #37103)
19049 East Valley View Parkway, Suite J
Independence, Missouri 64055
(816) 795-7500
FAX (816) 795-7881
ldelpercio@hornlaw.com

*ATTORNEYS FOR PLAINTIFF*

-1-

## CERTIFICATE OF SERVICE

I hereby certify that on the __22__ day of January, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Dale L. Beckerman, Scott M. Harris, Deacy & Deacy, LLP, 920 Main Street, Suite 1900, Kansas City, MO 64105-2010, Attorneys for Defendant.

I hereby certify that a copy of the foregoing was sent, via first class mail, postage pre-paid, this __22__ day of January, 2015, to: Dale L. Beckerman, Scott M. Harris, Deacy & Deacy, LLP, 920 Main Street, Suite 1900, Kansas City, MO 64105-2010, Attorneys for Defendant.

/s/ Laurie Del Percio
Attorney for Plaintiff